## SARAH MACOMB, ALEXANDER MACOMB, AND ANGUS MACK-INTOSH, EXECUTORS OF THE WILL OF WILLIAM MACOMB, DECEASED, *versus* JAMES MAY

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Continued *p. 426; (2) continued *p. 440; (3) continuance rescinded, plea filed, referred *p. 457; (4) settled out of court *p. 671.

PAPERS IN FILE: [None]

*Office Docket,* MS p. 5, c. 15; p. 35, c. 3.

## UNITED STATES *versus* RICHARD SMYTH

JOURNAL ENTRIES (1814): *Journal 2:* (1) Plea, issue, jury trial, verdict, judgment *p. 428.

PAPERS IN FILE: (1) Indictment.

## UNITED STATES *versus* JOHN PALMER

JOURNAL ENTRIES (1814): *Journal 2:* (1) Plea, issue, jury trial, verdict, judgment *p. 428.

PAPERS IN FILE: (1) Indictment; (2) capias and return.